UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-80073-ROSENBERG/HOPKINS

ADT, LLC & ADT US HOLDINGS,
INC.,

    Plaintiffs,

v.

ALARM PROTECTION LLC,
et al.,

    Defendants.
_____/

## ORDER OVERRULING DEFENDANTS' OBJECTIONS
## TO MAGISTRATE JUDGE'S ORDERS ON DISCOVERY

This matter is before the Court upon Defendants' Objections to Order Granting in Part and Denying in Part Defendants' Motion to Compel [DE 288]. The Court has reviewed Defendants' Objections, Plaintiffs' Response, the record, and the orders on appeal.

"A district court reviewing a magistrate judge's discovery order is, in general, limited by statute and rule to reversing that order only if it is 'clearly erroneous or contrary to law.'" *S.E.C. v. Merkin*, 283 F.R.D. 699, 700 (S.D. Fla. 2012) (citing 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a)). "In the absence of a legal error, a district court may reverse only if there was an 'abuse of discretion' by the magistrate judge." *Id.* (citing *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 401 (1990)).

"Clear error is a highly deferential standard of review." *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1350 (11th Cir. 2005). "A finding is clearly erroneous when the reviewing court, after assessing the evidence in its entirety, is left with a definite and firm conviction that a mistake has been committed." *Krys v. Lufthansa German Airlines*, 119 F.3d

1515, 1523 (11th Cir. 1997) (citing *Anderson v. City of Bessemer City*, 470 U.S. 564, 573 (1985)). "A magistrate judge's order is contrary to law when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Merrett v. Liberty Mut. Ins. Co.*, No. 3:10-CV-1195-J-34MCR, 2013 WL 5330258, at *1 (M.D. Fla. Sept. 23, 2013) (quoting *Botta v. Barnhart*, 475 F. Supp. 2d 174, 185 (E.D.N.Y. 2007)) (internal quotation marks omitted).

The "clearly erroneous or contrary to law" standard for reviewing a magistrate judge's order "is very different from the *de novo* review and adoption of a Report and Recommendation on a dispositive Order. *Id.* at *2. Furthermore, "[t]he purpose of referring non-dispositive motions to a Magistrate Judge is to increase the efficiency of the system," and "the 'clearly erroneous' standard of review contemplates a certain amount of deference to the findings of the Magistrate Judge on those matters on which she has the power to make a final determination." *Id.*

Upon review of Judge Hopkin's orders on appeal, this Court finds no basis upon which to reverse. For the foregoing reasons, it is **ORDERED AND ADJUDGED** that Defendants' Objections [DE 288] are **OVERRULED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of February, 2017.

                                                ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record