# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:15-CV-80073-ROSENBERG/HOPKINS

ADT LLC & ADT US
HOLDINGS, INC.,

    Plaintiffs,

v.

ALARM PROTECTION LLC,
et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

    This matter is before the Court upon Judge James M. Hopkins' Report and Recommendation. DE 291. On February 17, 2017, Judge Hopkins issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be denied. No objections have been filed and the time period for such objections has passed. Nonetheless, the Court has conducted a *de novo* review of Magistrate Judge Hopkins' Report and Recommendation and the record and is otherwise fully advised in the premises.

    Upon review, the Court finds Judge Hopkins' recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Hopkins' Report and Recommendation and concludes that Defendants' Motion to Dismiss should be denied for the reasons set forth therein.

    For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

    1. Magistrate Judge Hopkins' Report and Recommendation [DE 291] is hereby **ADOPTED** and

2. Defendants' Motion to Dismiss [DE 177] is **DENIED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 13th day of March, 2017.

                                                             ROBIN L. ROSENBERG
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record